UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
UNITED STATES OF AMERICA,

        Plaintiff,        Case No: 25MJ3156 (KPB)

  -against-        **ORDER OF DISMISSAL**

ANTHONY L. EVANS,

        Defendant.
-------------------------------------------------------

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED,

_____
Hon. Kim P. Berg
United States Magistrate Judge

Dated: 17th day of October, 2025
       White Plains, New York